**EXHIBIT A**

**PLAINTIFF'S ORIGINAL PETITION AND
SERVICE DOCUMENTS FOR HARRIS COUNTY**

2026-08734

Court No: 55

FILED
Marilyn Burgess
District Clerk

FEB 09 2026
Time: 3:42
Harris County, Texas
By
Deputy
Patricia Jones

PLAINTIFF'S ORIGINAL PETITION

Plaintiff, Jessica Huston

215-03 Jamaica Ave #1127

Queens Village, NY 11428

v.

Defendant, The State of Texas

Harris County Sheriff's Office - Ed Gonzalez

1200 Baker Street

Houston, Texas 77002

**DISCOVERY-CONTROL PLAN**

1. Plaintiff pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because *plaintiff seeks monetary relief over $250,000.*

**CLAIM FOR RELIEF**

2. Plaintiff seeks monetary relief over $1,000,000.

**FACTS**

7. In the year of 2021, in Katy, Texas – Harris County, the defendant violated the plaintiff's civil rights by placing the plaintiff under high surveillance within privacy of the plaintiff's residence.

8. The plaintiff's personal devices, such as personal computer, employer computer and cellular phone are currently tapped, monitored and recorded by the defendant. The defendant has the ability to access sensitive information such as identification numbers and passcodes.

**COUNT 1— Wrongful Search/Surveillance Warrant**

9. The plaintiff is under high surveillance within any of her privacy and places of residence. The defendant has the ability to hear and see all of the plaintiff's activities within her place of residence or public places in which the plaintiff visits.

10. Plaintiff seeks liquidated damages in the amount of at least $800 million, which is within the jurisdictional limits of this Court.

11. <u>Exemplary damages.</u> Plaintiff's injury resulted from defendant's gross negligence, malice, or fraud, which entitles plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a). Personal information of the plaintiff is shared which can result in future security risks, which can ultimately result in long lasting stress and anxiety, contributing to the plaintiff active health condition.

**COUNT 2— Civil Rights Violation**

Certified Document Number: 125055318 - Page 1 of 2

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

13. In addition, the plaintiff sues defendant for violating her civil rights as the defendant has viewed and accessed personal, sensitive information of the plaintiff. Such information includes but not limited to personal identification, credit card numbers and medical records. In addition, since the defendant has the ability to obtain access to the plaintiff's personal electronic devices (cell and computer), the plaintiff has experienced harassment within the workplace which has resulted in employment and financial losses.

**JURY DEMAND**

15. Plaintiff demands a trial.

**CONDITIONS PRECEDENT**

16. All conditions precedent to plaintiff's claim for relief have been performed or have occurred.

**OBJECTION TO ASSOCIATE JUDGE**

17. Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

**PRAYER**

18. For these reasons, plaintiff asks that the Court issue citation for defendant to appear and answer, and that plaintiff be awarded a judgment against defendant for the following:

Actual damages

Exemplary damages

Court costs

*[signature]*
Jessica Huston
21503 Jamaica Ave #1127
Queens Village, NY 11428
(336) 269-3932  jesmhu@gmail.com



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 9, 2026

Certified Document Number:        125055318 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

P-3    C04

```
                    CAUSE NO. 202608734
                    RECEIPT NO. 35058              85.00      C01
                        **********                          TR # 74608839
```

PLAINTIFF: HUSTON, JESSICA                    In The    55th
    vs.                                       Judicial District Court
DEFENDANT: HARRIS COUNTY SHERIFF'S OFFICE     of Harris County, Texas
                                              55TH DISTRICT COURT
                                              Houston, TX

## CITATION

THE STATE OF TEXAS
County of Harris

TO: HARRIS COUNTY SHERIFF'S OFFICE MAY BE SERVED WITH SERVICE OF PROCESS
    BY SERVING SHERIFF ED GONZALEZ
    1200 BAKER STREET
    HOUSTON TEXAS 77002

**FILED**
Marilyn Burgess
District Clerk
FEB 11 2026
Time: _____
Harris County, Texas
By _____
Mail Processing Clerk

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>9th day of February, 2026</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

This citation was issued on 9th day of February, 2026, under my hand and seal of said Court.

<u>Issued at request of</u>:
HUSTON, JESSICA



MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Bar No.: 1

Generated By: JONES, PATRICIA DAVIS   K5H//13079522

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                      Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                            _____ of _____ County, Texas

                                            By _____
     Affiant                                      Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____.

                                            _____
                                            Notary Public

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N.INT.CITR.P            *74608839*

## Constable Return of Corporation

Cause #: 202608734                                           Tracking #: 74608839

In the case of HUSTON, JESSICA VS HARRIS COUNTY SHERIFF'S OFFICE a CITATION and attached PLAINTIFF'S ORIGINAL PETITION was issued by the 55th Judicial District court of HARRIS County, and came to hand on the 10 day of February, 2026 at 8:28AM to be delivered at 1200 BAKER ST, HOUSTON, TX 77002 by delivering to: HARRIS COUNTY SHERIFF'S OFFICE MAY BE SERVED WITH SERVICE OF PROCESS BY SERVING SHERIFF ED GONZALEZ

### Attempted Service
(Attempted service at 1200 BAKER ST unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Address Attempted | Remarks |
|---|---|---|---|---|---|---|
| 2/10/2026 | 10:55:00 AM | MARCUS BESS | 1 | SERVED | 1200 BAKER ST HOUSTON TX 77002 | |

### Service of Corporation

Executed the same in HARRIS County, Texas, on the 10 day of February, 2026 at 10:55AM by summoning HARRIS COUNTY SHERIFF'S OFFICE MAY BE SERVED WITH SERVICE OF PROCESS BY SERVING SHERIFF ED GONZALEZ a Corporation at 1200 BAKER ST, HOUSTON, Texas 77002 By delivering to CANDICE KELLEY in person the paralegal of said Corporation a true copy of this CITATION, together with the accompanying certified copy of the PLAINTIFF'S ORIGINAL PETITION

Fee Due $   0.00

by Deputy  MARCUS BESS - 1C64
                Printed

Deputy Signature  *[signature: Marcus J Bess]*

Attempts:         1
Total Attempts:   1

**Alan Rosen, Constable Precinct #1**

**Harris County Texas**

1302 Preston, 3rd Floor
Houston Texas 77002
7137555200

Certified Document Number: 125366025 - Page 2 of 3

County Auditor's Form/9999A  
Harris County, Texas (Rev 04/01)

**Official Bill**

23 NO. 34058

## MARILYN BURGESS DISTRICT CLERK

Action : OTHER CIVIL            Case: 202608734-7     Trans ID: 216401445    Court: 055
Style    PLT: HUSTON, JESSICA
         DEF: HARRIS COUNTY SHERIFF'S OFFICE

| Fee | Description | Amount |
|---|---|---|
| 121 | CITATION WITH 1 COPY | $8.00 |
| 350 | CONST-PERSONAL SERVICE | $85.00 |
| 475 | LAW LIBRARY | $35.00 |
| 601 | DISPUTE RESOLUTION FEE | $15.00 |
| 711 | COURT FACILITY FUND ALLOCATION | $20.00 |
| 712 | CLERK OF THE COURT | $50.00 |
| 713 | CLERK RECORDS MANAGEMENT PRESERVATION | $30.00 |
| 714 | COURT REPORTER SERVICE | $25.00 |
| 715 | COURTHOUSE SECURITY SERVICE | $20.00 |
| 716 | LANGUAGE ACCESS FUND ALLOCATION | $3.00 |
| 717 | COUNTY JURY FUND ALLOCATION | $10.00 |
| 720 | STATE CONSOLIDATION FEE | $137.00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |

Payment  Paupers Due                                $443.00
Amount Due :                                        $443.00
Payment Amount:                                       $0.00
Amount Applied:                                       $0.00
Amount Due:                                         $443.00

Received       HUSTON, JESSICA              S3184841
Of             21503 JAMAICA AVE #1127
               QUEENS VILLAGE, NY  11428

FOUR HUNDRED FORTY THREE AND 00/100
****************************Dollars

Payment Date:                   File Date: 2/9/2026

IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: JONES, PATRICIA D
Validated: 2/10/2026    By :COLLINS, IRIS T

*Patricia Jones*

*9-Feb-2026*

Comment: EnvelopeNbr :PROSE-236418







I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 9, 2026

Certified Document Number:        125366025 Total Pages:  3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**